UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EVANS,<br><br>    Plaintiff,<br><br>  v.<br><br>LOS ANGELES COUNTY DETENTION FACILITY MEDICAL, et al.,<br><br>    Defendants. | Case No.  25-cv-10191-PCP<br><br>**ORDER OF TRANSFER** |

Michael Evans filed this *pro se* civil rights action, suing persons employed by and entities that are divisions of Los Angeles County, California. *See* Dkt. No. 1. Los Angeles County lies within the Central District of California. 28 U.S.C. § 84(c). The acts complained of in this lawsuit occurred in the Central District of California, and defendants are located in that District.

Because the defendants reside and the events at issue occurred in the Central District of California, venue would be proper in the Central District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California.

The Clerk of the Court shall terminate all motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: December 10, 2025

P. Casey Pitts
United States District Judge