**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL EVANS,<br>Plaintiff,<br>v.<br>LOS ANGELES COUNTY DETENTION FACILITY MEDICAL, et al.,<br>Defendants. | Case No. 2:25-cv-11903-DSF-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The parties did not file any written objections to the report. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: September 15, 2026

Dale S. Fischer

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE