JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MICHAEL EVANS,

Plaintiff,

v.

LOS ANGELES COUNTY DETENTION FACILITY MEDICAL, et al.,

Defendants.

Case No. 2:25-cv-11903-DSF-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: September 15, 2026

Dale S. Fischer

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE